1  STUART F. DELERY
       Principal Deputy Assistant Attorney General
2  MELINDA HAAG
       United States Attorney
3  ALEX TSE
       Chief, Civil Division
4  JOHN R. TYLER
       Assistant Branch Director
5  CAROLINE LEWIS WOLVERTON
       District of Columbia Bar No. 496433
6      Senior Counsel
       Civil Division, Federal Programs Branch
7  U.S. Department of Justice
       P.O. Box 883
8  Washington, D.C.  20044
       Telephone: (202) 514-0265
9  Facsimile:  (202) 616-8470
       E-mail:  caroline.lewis-wolverton@usdoj.gov
10
   Attorneys for Defendant LEON PANETTA
11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16  MARY JENNINGS HEGAR, JENNIFER HUNT,       Case No. C 12-06005 EMC
    ALEXANDRA ZOE BEDELL, COLLEEN
17  FARRELL, and SERVICE WOMEN'S ACTION
    NETWORK,

18        Plaintiffs,                         **STIPULATION AND [PROPOSED]
                                              ORDER TO CONTINUE INITIAL
19        v.                                  CASE MANAGEMENT
                                              CONFERENCE SET FOR
20  LEON PANETTA, Secretary of Defense,       FEBRUARY 28, 2013 AND ADR
                                              DEADLINES**
21        Defendant.

22

23

24

25

26

27

28

Defendant Leon Panetta, Secretary of Defense ("Secretary") and Plaintiffs Mary Jennings Hegar, Jennifer Hunt, Alexandra Zoe Bedell, Colleen Farrell, and Service Women's Action Network (collectively, "the parties"), by and through their respective counsel, hereby stipulate as follows:

1.      On November 27, 2012, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief challenging as unconstitutional the 1994 direct ground combat definition and assignment rule, and the Court issued the Order Setting Initial Case Management Conference and ADR Deadlines establishing the following scheduling dates:

| | |
|---|---|
| 2/7/2013 | Last day to:  meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 2/21/2013 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement |
| 2/28/2013 | Initial Case Management Conference |

3.      On January 24, 2013, the Secretary rescinded the 1994 direct ground combat definition and assignment rule and directed the Military Services to submit plans to him by May 15, 2013, for implementation of this policy change;

4.      In light of the above, on January 29, 2013, the parties filed a stipulation with the Court agreeing to meet and confer within three weeks of the deadline for submitting the implementation plans and to allow the Secretary thirty (30) days after that meet and confer to respond to the Complaint;

5.      The parties now request that the Court continue the scheduling dates established by the November 27, 2012 Order so that they will occur after the parties meet and confer following the May 15, 2013 deadline for the Military Services' submission of their implementation plans.  Specifically, the parties request that:  the February 7, 2013 deadline for them to meet and confer and to file ADR-related materials be continued to June 15, 2013; that the Initial Case Management Conference be continued from February 28, 2013 to July 18, 2013, which is seventeen days after the Secretary's response to the Complaint is due; and that the deadline for the parties' Rule 26(f) Report, initial disclosures or statement of objection in Rule 26(f) Report, and Case Management Statement be continued to July 11, 2013.

ACCORDINGLY, the parties respectfully request that the Court revise the initial case management conference and ADR deadlines set forth in the November 27, 2012 Order as follows:

| | |
|---|---|
| 6/15/2013 | Last day to:  meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 7/11/2013 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement |
| 7/18/2013 | Initial Case Management Conference |

NO. C 12-06005 EMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
19961599.1

2

IT IS SO STIPULATED.

DATED: February 7, 2013

MUNGER, TOLLES & OLSON LLP          STUART F. DELERY
                                    Principal Deputy Assistant Attorney General
                                    MELINDA HAAG
                                    United States Attorney
                                    ALEX TSE
                                    Chief, Civil Division
                                    JOHN R. TYLER
                                    Assistant Branch Director

/s/ Rosemarie T. Ring                /s/ Caroline Lewis Wolverton
_____              _____
ROSEMARIE T. RING                    CAROLINE LEWIS WOLVERTON
Attorneys for Plaintiffs             U.S. Department of Justice
(Electronic signature authorized     Attorneys for Defendant
verbally to counsel)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The initial case management conference and ADR deadlines are revised as follows:

6/15/2013     Last day to:  meet and confer re: initial disclosures, early settlement,

              ADR process selection, and discovery plan; file ADR Certification

              signed by Parties and Counsel; file either Stipulation to ADR Process

              or Notice of Need for ADR Phone Conference

7/11/2013     Last day to file Rule 26(f) Report, complete initial disclosures or state

              objection in Rule 26(f) Report, and file Case Management Statement

              per the Court's Standing Order re Contents of Joint Case

              Management Statement

7/18/2013     Initial Case Management Conference

DATED: _____2/8_____, 2013     _____
                                       Edward M. Chen
                                       United States D

IT IS SO ORDERED
Judge Edward M. Chen