1 | ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
2 | MARI OVERBECK (SBN 261707)
mari.overbeck@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, California 94105-2907
5 | Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077
6
MARGARET C. CROSBY (SBN 56812)
7 | mcrosby@aclunc.org
ELIZABETH O. GILL (SBN 218311)
8 | egill@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
9 | FOUNDATION OF NORTHERN
CALIFORNIA, INC.
10 | 39 Drumm Street
San Francisco, CA 94111
11 | Telephone:    (415) 621-2493
Facsimile:     (415) 255-8437
12
Attorneys for Plaintiffs
13

JOYCE R. BRANDA
   Acting Assistant Attorney General
MELINDA HAAG
   United States Attorney
ALEX TSE
   Chief, Civil Division
ANTHONY J. COPPOLINO
   Deputy Branch Director
CAROLINE LEWIS WOLVERTON
   caroline.lewis-wolverton@usdoj.gov
   District of Columbia Bar No. 496433
   Senior Counsel
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C.  20044
   Telephone: (202) 514-0265
   Facsimile:  (202) 616-8470

Attorneys for Defendant CHUCK HAGEL

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17

18 | MARY JENNINGS HEGAR, JENNIFER
HUNT, ALEXANDRA ZOE BEDELL,
19 | COLLEEN FARRELL, AND SERVICE
WOMEN'S ACTION NETWORK,
20
              Plaintiffs,
21
       vs.
22
ASHTON B. CARTER, Secretary of Defense,[1]
23
              Defendant.
24

Case No. 12-CV-06005 EMC

**STIPULATED REQUEST AND
[PROPOSED] ORDER FOR
CONTINUANCE OF FURTHER CASE
MANAGEMENT CONFERENCE AND
UPDATED CMC STATEMENT**

Judge:    Hon. Edward M. Chen

Case Management Conference:  April 2, 2015
Time:                                   10:30 a.m.

25

26

27 | [1] Pursuant to Federal Rule of Civil Procedure 25(d), Ashton B. Barter has been substituted in his
28 | official capacity for Chuck Hagel as Secretary of Defense.

**STIPULATION**

Plaintiffs Mary Jennings Hegar, Jennifer Hunt, Alexandra Zoe Bedell, Colleen Farrell and Service Women's Action Network and Defendant Ashton B. Carter, Secretary of Defense ("Secretary") (collectively, "the parties"), by and through their respective counsel, submit this Stipulated Request and Proposed Order for a continuance of the Case Management Conference (CMC) scheduled for April 2, 2015, and deadline for the parties' updated joint CMC Statement, which is currently due March 26, 2015.  Defendant respectfully requests a continuance of the CMC to April 23, 2015, and the deadline for the parties' updated joint CMC Statement to April 9, 2015, and the Plaintiffs stipulate to such request.  Defendant submits that the following facts and circumstances set forth in the attached Declaration of counsel for Defendant Caroline Lewis Wolverton, establish good cause for the requested continuance as follows:

1.    On November 13, 2014, the Court scheduled the further CMC in this matter for March 19, 2015, and ordered the parties to provide an updated joint CMC Statement by March 12, 2015.  ECF No. 39.

2.    Subsequently, Ms. Wolverton scheduled a family trip for the week of March 23, 2015, to coincide with her children's school spring break.

3.    On January 27, 2015, the Court rescheduled the further CMC to April 2, 2015, and ordered the parties to provide an updated joint CMC Statement by March 26, 2015.  (Dkt. Entry of Jan. 27, 2015)

4.    The current March 26, 2015 deadline for the updated joint CMC Statement falls during the week of Ms. Wolverton's prescheduled family trip.

5.    The requested continuance of the further CMC to April 23, 2015, and the updated Joint CMC Statement to April 9, 2015 would eliminate the conflict the current updated joint CMC Statement deadline presents for Ms. Wolverton.

-1-

1      6.      Plaintiffs' counsel would have a conflict with the further CMC being rescheduled

2  to April 9, 2015, as that date falls during the Passover holiday.[2]  The Court's scheduling notes on

3  the Court website indicate that the Court is unavailable on April 16, 2015.

4      7.      In light of the foregoing, Defendant respectfully requests that the Court continue

5  the Case Management Conference to April 23, 2015, and the deadline for the parties' updated joint

6  CMC Statement to April 9, 2015.

7

8  DATED:  February 24, 2015            MUNGER, TOLLES & OLSON LLP

9

10                                     By:   /s/ Rosemarie T. Ring
                                            ROSEMARIE T. RING

11

12                                     Attorneys for Plaintiffs
                                       MARY JENNINGS HEGAR, JENNIFER HUNT,
                                       ALEXANDRA ZOE BEDELL, COLLEEN FARRELL,
13                                     AND SERVICE WOMEN'S ACTION NETWORK
    DATED:  February 24, 2015          STUART F. DELERY
14                                     Principal Deputy Assistant Attorney General
                                       MELINDA HAAG
15                                     United States Attorney
                                       ALEX TSE
16                                     Chief, Civil Division
                                       ANTHONY J. COPPOLINO
17                                     Deputy Branch Director

18

19                                     /s/      Caroline Lewis Wolverton
                                       CAROLINE LEWIS WOLVERTON
20                                     U.S. Department of Justice
                                       Attorneys for Defendant ASHTON B. CARTER
21

22

23  Additional Counsel:

    STEVEN M. PERRY (SBN 106154)           LENORA M. LAPIDUS [pro hac vice]
24  MUNGER, TOLLES & OLSON LLP             ARIELA MIGDAL [pro hac vice]
    355 South Grand Avenue, 35th Floor     AMERICAN CIVIL LIBERTIES UNION
25  Los Angeles, CA  90071-1560            FOUNDATION
    Telephone:  (213) 683-9100             WOMEN'S RIGHTS PROJECT
26  Facsimile:    (213) 687-3702           125 Broad Street, 18th Floor

27  _____
    [2] Plaintiffs' counsel would be able to file the updated Case Management Statement on April 9,
28  2015.

-2-

1   Email:  *steven.perry@mto.com*                    New York, NY  10004
                                                       Telephone:     (212) 549-2668
2                                                      Facsimile:      (212) 549-2480
                                                       Email:  Llapidus@aclu.org
3                                                      Email:  Amigdal@aclu.org

4

5               **ATTESTATION PURSUANT TO GENERAL ORDER 45**

6          I, Caroline Lewis Wolverton, am the ECF User whose identification and password are

7   being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER FOR

8   CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND UPDATED

9   CASE MANAGEMENT STATEMENT.  In compliance with General Order 45.X.B, I hereby

10  attest that all signatories have concurred in this filing.

11

12        */s/      Caroline Lewis Wolverton*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C-12-6005 EMC
STIPULATED REQUEST AND [PROPOSED] ORDER

1
                              **[PROPOSED] ORDER**

2          Pursuant to the stipulated request, and based on good cause shown, it is hereby

3          ORDERED that the Stipulated Request and [Proposed] Order for Continuance of Further

4   Case Management Conference and Updated CMC Statement is hereby GRANTED; and it is

5   further

6          ORDERED that the further Case Management Conference is CONTINUED to April 23,
           /at 10:30 a.m.
7   2015, and the deadline for the parties Updated Joint CMC Statement is CONTINUED to April 9,

8   2015.

9

10  Dated:        2/25/15

11                                                          Hon. _____ Chen
                                                                        Judge

12                                    IT IS SO ORDERED
                                      AS MODIFIED
13
                                      Judge Edward M. Chen
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         -4-