| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>rose.ring@mto.com<br>MARI OVERBECK (SBN 261707)<br>mari.overbeck@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br><br>CHRISTINE P. SUN (SBN 218701)<br>csun@aclunc.org<br>ELIZABETH O. GILL (SBN 218311)<br>egill@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone:   (415) 621-2493<br>Facsimile:    (415) 255-8437<br><br>Attorneys for Plaintiffs | BENJAMIN MIZER<br>   Principal Deputy Assistant Attorney General<br>BRIAN STRETCH<br>   Acting United States Attorney<br>ALEX TSE<br>   Chief, Civil Division<br>ANTHONY J. COPPOLINO<br>   Deputy Branch Director<br>CAROLINE LEWIS WOLVERTON<br>   caroline.lewis-wolverton@usdoj.gov<br>   District of Columbia Bar No. 496433<br>   Senior Trial Counsel<br>   Civil Division, Federal Programs Branch<br>   U.S. Department of Justice<br>   P.O. Box 883<br>   Washington, D.C.  20044<br>   Telephone: (202) 514-0265<br>   Facsimile:  (202) 616-8470<br><br>Attorneys for Defendant ASHTON B. CARTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENNINGS HEGAR, JENNIFER HUNT, ALEXANDRA ZOE BEDELL, COLLEEN FARRELL, AND SERVICE WOMEN'S ACTION NETWORK,<br><br>               Plaintiffs,<br><br>       vs.<br><br>ASHTON B. CARTER, Secretary of Defense,<br><br>               Defendant. | Case No. 12-CV-06005 EMC<br><br>**STIPULATED REQUEST AND [PRO~~POS~~ED] ORDER FOR CONTINUANCE OF FURTHER CMC and UPDATED CMC STATEMENT**<br><br>Judge:   Hon. Edward M. Chen<br><br>Case Management Conference: Feb. 18, 2016<br>Time:                                                10:30 a.m. |

## STIPULATION

Plaintiffs Mary Jennings Hegar, Jennifer Hunt, Alexandra Zoe Bedell, Colleen Farrell and Service Women's Action Network and Defendant Ashton B. Carter, Secretary of Defense ("Secretary") (collectively, "the parties"), by and through their respective counsel, submit this Stipulated Request and Proposed Order for a continuance of the deadline for the parties' updated joint Case Management Conference (CMC) Statement to February 25, 2016, and further CMC to March 3, 2016. The joint CMC Statement is currently due February 11, 2016, and the further CMC is currently scheduled for February 18, 2016. Defendant submits that the following facts and circumstances set forth in the attached Declaration of counsel for Defendant Caroline Lewis Wolverton establish good cause for the requested continuance as follows:

1. On November 20, 2015, the Court scheduled a further CMC in this matter for February 18, 2016. ECF No. 67 (Nov. Nov. 20, 2015).

2. Subsequently, Ms. Wolverton's son was selected for his middle school musical and the musical was scheduled for the evening February 18, 2016. As the musical will be in Bethesda, Maryland, Ms. Wolverton would not be able to return from San Francisco on February 18 in time to attend the musical.

3. In light of the foregoing, Defendant respectfully requests that the Court continue the deadline for the further CMC to March 3, 2016 and the parties' updated joint CMC Statement to February 25, 2016. Defendant requested and received Plaintiffs' stipulation to this request.

DATED: February 4, 2016

BENJAMIN MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
ALEX TSE
Chief, Civil Division
ANTHONY J. COPPOLINO
Deputy Branch Director


*/s/      Caroline Lewis Wolverton*
CAROLINE LEWIS WOLVERTON
U.S. Department of Justice
Attorneys for Defendant ASHTON B. CARTER

DATED: February 4, 2016          MUNGER, TOLLES & OLSON LLP

                                 By:  */s/ Rosemarie T. Ring*
                                      ROSEMARIE T. RING

                                 Attorneys for Plaintiffs
                                 MARY JENNINGS HEGAR, JENNIFER HUNT,
                                 ALEXANDRA ZOE BEDELL, COLLEEN FARRELL,
                                 AND SERVICE WOMEN'S ACTION NETWORK

Additional Counsel:

| STEVEN M. PERRY (SBN 106154) | LENORA M. LAPIDUS [pro hac vice] |
| MUNGER, TOLLES & OLSON LLP | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 355 South Grand Avenue, 35th Floor | WOMEN'S RIGHTS PROJECT |
| Los Angeles, CA 90071-1560 | 125 Broad Street, 18th Floor |
| Telephone: (213) 683-9100 | New York, NY 10004 |
| Facsimile: (213) 687-3702 | Telephone: (212) 549-2668 |
| Email: *steven.perry@mto.com* | Facsimile: (212) 549-2480 |
| | Email: *Llapidus@aclu.org* |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Caroline Lewis Wolverton, am the ECF User whose identification and password are being used to file this Stipulated Request and [Proposed] Order for Continuance of Further Case Management Conference and Updated Case Management Statement. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

   */s/     Caroline Lewis Wolverton*

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulated request, and based on good cause shown, it is hereby

3  ORDERED that the Stipulated Request for Continuance of Further Case Management

4  Conference and Updated Case Management Statement is hereby GRANTED; and it is further

5  ORDERED that the Further Case Management Conference is hereby CONTINUED to

6  March ~~3~~ 10, 2016; and it is further

7  ORDERED that the deadline for the parties' Updated Joint CMC Statement is

8  CONTINUED to ~~February 25, 2016~~ March 3, 2016.

10  Dated:  2/9/16

HONORABLE EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE NO. C-12-6005 EMC
STIPULATED REQUEST AND [PROPOSED] ORDER