| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>rose.ring@mto.com<br>MARI OVERBECK (SBN 261707)<br>mari.overbeck@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>CHRISTINE P. SUN (SBN 218701)<br>csun@aclunc.org<br>ELIZABETH O. GILL (SBN 218311)<br>egill@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Plaintiffs | CHAD A. READLER<br>  Acting Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>  Deputy Branch Director<br>ANDREW E. CARMICHAEL<br>  Andrew.e.carmichael@usdoj.gov<br>  Virginia Bar No. 76578<br>  Trial Attorney<br>  Civil Division, Federal Programs Branch<br>  U.S. Department of Justice<br>  20 Massachusetts Avenue, N.W., Rm. 7218<br>  Washington, D.C. 20044<br>  Telephone: (202) 514-3346<br>  Facsimile: (202) 305-2685<br><br>Attorneys for Defendant JAMES N. MATTIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENNINGS HEGAR, JENNIFER HUNT, ALEXANDRA ZOE BEDELL, COLLEEN FARRELL, AND SERVICE WOMEN'S ACTION NETWORK,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES N. MATTIS[1], Secretary of Defense,<br><br>Defendant. | Case No. 12-CV-06005 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF FURTHER CMC and UPDATED CMC STATEMENT**<br><br>Judge: Hon. Edward M. Chen<br><br>Case Management Conference: Jul. 13, 2017<br>Time: 10:30 a.m. |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), James N. Mattis has been substituted in his official capacity for Ash Carter as Secretary of Defense.

# STIPULATION

Plaintiffs Mary Jennings Hegar, Jennifer Hunt, Alexandra Zoe Bedell, Colleen Farrell and Service Women's Action Network and Defendant James N. Mattis, Secretary of Defense ("Secretary") (collectively, "the parties"), by and through their respective counsel, submit this Stipulated Request and Proposed Order for a continuance of the Case Management Conference (CMC) scheduled for July 13, 2017, and deadline for the parties' updated joint CMC Statement, which is currently due July 6, 2017. Defendant respectfully requests a continuance of the CMC to September 21, 2017, and the deadline for the parties' updated joint CMC Statement to September 14, 2017, and the Plaintiffs stipulate to such request. Defendant submits that the facts and circumstances set forth in the attached Declaration of counsel for Defendant establish good cause for the requested continuance as follows:

1. On January 12, 2017, the Court scheduled the further CMC in this matter for July 13, 2017, and ordered the parties to provide an updated joint CMC Statement by July 6, 2017. ECF No. 91.

2. Subsequently, Defendant's prior counsel, Ms. Caroline Wolverton left the Department of Justice and Defendant's current counsel, Mr. Andrew Carmichael, was assigned this case on June 8, 2017.

3. Mr. Carmichael has previously scheduled leave plans from July 7, 2017 through July 14, 2017.

4. The current date of the CMC falls during Mr. Carmichael's previously scheduled leave.

5. Additionally, Mr. Carmichael has substantial briefs due in two other cases in late June and mid-July and as newly appointed counsel needs time to familiarize himself with the present litigation.

6. Plaintiffs' counsel would have a conflict with the CMC being rescheduled during the month of August due to her getting married and traveling on her honeymoon.

7. In light of the foregoing, Defendant respectfully requests that the Court continue the Case Management Conference to September 21, 2017, and the deadline for the parties' updated joint CMC Statement to September 14, 2017.

-1-

| | | |
|---|---|---|
| 1 | DATED: June 30, 2017 | CHAD A. READLER<br>Acting Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| 2 | | |
| 3 | | |
| 4 | | */s/    Andrew E. Carmichael* |
| 5 | | ANDREW E. CARMICHAEL<br>U.S. Department of Justice |
| 6 | | Attorneys for Defendant JAMES N. MATTIS |
| 7 | | |
| 8 | DATED: June 30, 2017 | MUNGER, TOLLES & OLSON LLP |
| 9 | | |
| 10 | | By: */s/ Rosemarie T. Ring*<br>ROSEMARIE T. RING |
| 11 | | |
| 12 | | Attorneys for Plaintiffs<br>MARY JENNINGS HEGAR, JENNIFER HUNT, |
| 13 | | ALEXANDRA ZOE BEDELL, COLLEEN FARRELL,<br>AND SERVICE WOMEN'S ACTION NETWORK |

Additional Counsel:

| | |
|---|---|
| STEVEN M. PERRY (SBN 106154)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:   (213) 687-3702<br>Email:  *steven.perry@mto.com* | LENORA M. LAPIDUS [pro hac vice]<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>WOMEN'S RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY  10004<br>Telephone:   (212) 549-2668<br>Facsimile:    (212) 549-2480<br>Email: *llapidus@aclu.org* |
| | CHRISTINE P. SUN (SBN 218701)<br>csun@aclunc.org<br>ELIZABETH O. GILL (SBN 218311)<br>egill@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF<br>NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone:    (415) 621-2493<br>Facsimile:     (415) 255-8437 |

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2     I, Andrew E. Carmichael, am the ECF User whose identification and password are being

3 used to file this Stipulated Request and [Proposed] Order for Continuance of Further Case

4 Management Conference and updated Case Management Statement. In compliance with General

5 Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

6

7                                   */s/ Andrew E. Carmichael*

8

9

10

11                                   **[PR~~OPOS~~ED] ORDER**

12     Pursuant to stipulation, it is SO ORDERED.

13

14 Dated:   7/5/17

15                                     Honorable

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-3-