| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>rose.ring@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>CHRISTINE P. SUN (SBN 218701)<br>csun@aclunc.org<br>ELIZABETH O. GILL (SBN 218311)<br>egill@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Plaintiff | CHAD A. READLER<br>  Acting Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>  Deputy Branch Director<br>ANDREW E. CARMICHAEL<br>  andrew.e.carmichael@usdoj.gov<br>  Virginia Bar No. 76578<br>  Trial Attorney<br>  Civil Division, Federal Programs Branch<br>  U.S. Department of Justice<br>  20 Massachusetts Avenue, N.W., Rm. 7218<br>  Washington, D.C. 20044<br>  Telephone: (202) 514-3346<br>  Facsimile: (202) 305-2685<br><br>Attorneys for Defendant JAMES N. MATTIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE WOMEN'S ACTION NETWORK,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES N. MATTIS, Secretary of Defense,<br><br>    Defendant. | Case No. 12-CV-06005 EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING DEADLINE FOR FILING OF THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Edward M. Chen |

| | |
|---|---|
| 1 | On May 1, 2018, the Court granted Defendant's motion to dismiss Plaintiff's |
| 2 | Second Amended Complaint, on standing grounds. Dkt. 110. The Court gave leave to Plaintiff to |
| 3 | file an amended complaint within four weeks of the date of the order. *Id.* at 23. |
| 4 | Plaintiff Service Women's Action Network ("SWAN") has requested that |
| 5 | Defendant James N. Mattis stipulate that the May 29, 2018 filing deadline for the filing of an |
| 6 | amended complaint be extended by thirty days, to June 28, 2018, on the ground that Plaintiff's |
| 7 | counsel, Mr. Perry, has been tied up with several new matters and is scheduled to be on vacation |
| 8 | next week. Defendant's counsel has agreed to the requested extension. |
| 9 | In light of the foregoing, the parties hereby stipulate that Plaintiff may have leave |
| 10 | to file its amended complaint on or before June 28, 2018. |

DATED: May 11, 2018          MUNGER, TOLLES & OLSON LLP


                             By:   */s/ Steven M. Perry*
                                   STEVEN M. PERRY

                             Attorneys for Plaintiff
                             SERVICE WOMEN'S ACTION NETWORK


DATED: May 11, 2018          CHAD A. READLER
                             Acting Assistant Attorney General
                             ANTHONY J. COPPOLINO
                             Deputy Branch Director
                             ANDREW E. CARMICHAEL


                             By:   */s/ Andrew E. Carmichael*
                                   ANDREW E. CARMICHAEL

                             U.S. Department of Justice
                             Attorneys for Defendant JAMES N. MATTIS

Additional Counsel:

| | |
|---|---|
| STEVEN M. PERRY (SBN 106154)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: *steven.perry@mto.com* | LENORA M. LAPIDUS [pro hac vice]<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>WOMEN'S RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2668<br>Facsimile: (212) 549-2480<br>Email: *Llapidus@aclu.org* |

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Steven M. Perry, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

/s/   Steven M. Perry

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 16, 2018

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

38626519.1

-2-
CASE NO. 12-CV-6005 EMC
STIPULATION AND [PROPOSED] ORDER