| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>rose.ring@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br><br>CHRISTINE P. SUN (SBN 218701)<br>csun@aclunc.org<br>ELIZABETH O. GILL (SBN 218311)<br>egill@aclunc.org<br>SHILPI AGARWAL (SBN 270749)<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone:   (415) 621-2493<br>Facsimile:    (415) 255-8437<br><br>Attorneys for Plaintiff | CHAD A. READLER<br>   Acting Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>   Deputy Branch Director<br>ANDREW E. CARMICHAEL<br>   andrew.e.carmichael@usdoj.gov<br>   Virginia Bar No. 76578<br>   Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W., Rm. 7218<br>Washington, D.C.  20044<br>Telephone: (202) 514-3346<br>Facsimile:  (202) 305-2685<br><br>Attorneys for Defendant JAMES N. MATTIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE WOMEN'S ACTION NETWORK,<br><br>             Plaintiff,<br><br>      vs.<br><br>JAMES N. MATTIS, Secretary of Defense,<br><br>             Defendant. | Case No. 12-CV-06005 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT'S RESPONSE TO THE THIRD AMENDED COMPLAINT**<br><br>Judge:   Hon. Edward M. Chen |

On May 1, 2018, the Court granted Defendant, Secretary of Defense James N. Mattis's motion to dismiss Plaintiff, Service Women's Action Network's ("SWAN") Second Amended Complaint, on standing grounds. Dkt. 118. The Court gave leave to Plaintiff to file an amended complaint within four weeks of the date of the order. *Id*. at 23. On May 11, 2018, Plaintiff and Defendant stipulated that the May 29, 2018 filing deadline for the filing of an amended complaint be extended by thirty days, to June 28, 2018. Dkt. 119. The Court accepted the parties' stipulation on May 16, 2018. Dkt. 120. On June 28, 2018, Plaintiff filed their Third Amended Complaint. Dkt. 122. The Third Amended Complaint raises new allegations as to standing not previously addressed in the parties' briefing on the Second Amended Complaint. As such, counsel for both parties have conferred and agreed upon a proposed schedule for Defendant to respond to Plaintiff's Third Amended Complaint. The following schedule also reflects previously scheduled vacation plans and briefing deadlines in other litigation matters for counsel for both parties.

| **Filing** | **Due Date** |
| --- | --- |
| Defendant's deadline to file a Motion to Dismiss or otherwise respond to Plaintiff's Third Amended Complaint | August 6, 2018 |
| Plaintiff's deadline to file their opposition brief to a Motion to Dismiss the Third Amended Complaint | August 28, 2018 |
| Defendant's deadline to file its reply brief | September 13, 2018 |
| Proposed hearing on Defendant's Motion[1] | September 27, 2018 |

---

[1] The parties also propose moving the Further Case Management Conference currently scheduled for August 9, 2018 to September 27, 2018 and the deadline to file the Case Management Statement from August 2, 2018 to September 20, 2018.

| | | |
|---|---|---|
| 1 | DATED:  July 3, 2018 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:   /s/ Steven M. Perry |
| | | STEVEN M. PERRY |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | SERVICE WOMEN'S ACTION NETWORK |
| 6 | | |
| 7 | DATED:  July 3, 2018 | CHAD A. READLER |
| | | Acting Assistant Attorney General |
| 8 | | ANTHONY J. COPPOLINO |
| | | Deputy Branch Director |
| 9 | | ANDREW E. CARMICHAEL |
| 10 | | |
| 11 | | By:   /s/ Andrew E. Carmichael |
| | | ANDREW E. CARMICHAEL |
| 12 | | |
| | | U.S. Department of Justice |
| 13 | | Attorneys for Defendant JAMES N. MATTIS |

-2-

Additional Counsel:

STEVEN M. PERRY (SBN 106154)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
Email: *steven.perry@mto.com*

LENORA M. LAPIDUS [pro hac vice]
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone:   (212) 549-2668
Facsimile:    (212) 549-2480
Email:  *Llapidus@aclu.org*

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrew E. Carmichael, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

/s/   Andrew E. Carmichael

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 16, 2018

IT IS SO ORDERED

Judge Edward M. Chen

38626519.1